STATE ex rel. JOHNSON, Appellant, v. PIKE et al., Respondents.

(162 N. W. 791.)

(File No. 4150. Opinion filed July 5, 1917.)

Appeal from Circuit Court, Gregory County. Hon WILLIAM WILLIAMSON, Judge.

On rehearing. Order appealed from affirmed by divided court. For former opinions, see 38 S. D. 446, 161 N. W. 813.

*Charles A. Davis,* and *French, Orvis & French,* for Appellant.

*W. J. Hooper, J. F. Frame,* and *O. E. Ford,* for Respondent.

GATES, P. J.   This case is before us on rehearing granted as a matter of course because of section 23, C. C. P., as amended by chapter 124, Laws 1911.   Judge Smith still declines to participate in the decision (see 38 S. D. 446, 161 N. W. 813), and, the remaining members of the court being divided upon the questions of law therein, the order appealed from is affirmed by a divided court.   No costs will be taxed.